IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 12-418-6 |
| | : | |
| KENNETH PARNELL | : | |

## **ORDER**

AND NOW, this 22nd day of September, 2014, upon consideration of Defendant Kenneth Parnell's Rule 29 Motion for an Acquittal and Rule 33 Motion for Vacation of Judgment and New Trial and the Government's opposition thereto, it is ORDERED the motions (Documents 336 and 337) are DENIED.

It is further ORDERED Parnell's pro se "Supplemental Motion of Co-defendant, Mr. Robert Lamar-Whitfield's Motion Pursuant to [Federal Rules of Criminal Procedure 29 and 33]" (Document 354) is GRANTED insofar as Parnell will be deemed to have joined codefendant Robert Lamar Whitfield's arguments for a judgment of acquittal, a new trial, and/or dismissal of the indictment based on racial profiling/selective prosecution and the alleged insufficiency of the evidence to establish the jurisdictional element of the Hobbs Act offenses charged.[1]

BY THE COURT:


   /s/ Juan R. Sánchez
Juan R. Sánchez, J.

---

[1] The Court denied Whitfield's motion pursuant to Rules 29 and 33 by Order of July 9, 2014.