IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | No. 12-418-6 |
| v. | : | |
| | : | CIVIL ACTION |
| KENNETH PARNELL | : | No. 16-6214 |

**ORDER**

AND NOW, this 14th day of August, 2020, upon consideration of Defendant Kenneth Parnell's Motion to Vacate, Set Aside, or Correct a Sentence By a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, Parnell's amendments to his Motion, the Government's response in opposition, and Parnell's reply, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Parnell's Motions to Amend his Motion to Vacate, Set Aside, or Correct a Sentence (Documents 666 and 757) are GRANTED;

- Parnell's Motion to Vacate, Set Aside or Correct a Sentence (Document 589) is DENIED;

- A certificate of appealability shall not issue; and

- The Clerk of Court is DIRECTED to mark the above-captioned civil case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.

1