IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | No. 12-418-6 |
| | : | |
| KENNETH PARNELL | : | |

## **ORDER**

AND NOW, this 15th day of January, 2021, upon consideration of Defendant Kenneth Parnell's "Emergency Motion for Compassionate Release," the Government's opposition, and Parnell's supplemental letters, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 750) is DENIED.

BY THE COURT:

 /s/ Juan R. Sánchez
Juan R. Sánchez, C.J.